No. 94–5374. Escobedo, aka Joquin, aka Hernandez *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 94–5387. Payne *v.* United States. C. A. 4th Cir. Certiorari denied.

No. 94–5404. Hollingshead *v.* Hoxworth et al. Sup. Ct. N. J. Certiorari denied.

No. 94–5406. Free *v.* Peters, Director, Illinois Department of Corrections, et al. C. A. 7th Cir. Certiorari denied.

No. 94–5413. Scudder *v.* United States. C. A. 10th Cir. Certiorari denied.

No. 94–5423. Wable *v.* United States. C. A. 4th Cir. Certiorari denied.

No. 94–5429. Snelenberger *v.* United States. C. A. 6th Cir. Certiorari denied.

No. 94–5430. White *v.* United States. C. A. 4th Cir. Certiorari denied.

No. 94–5503. Love et al. *v.* United States; Wilson *v.* United States; Bender *v.* United States; and Jones *v.* United States. C. A. 8th Cir. Certiorari denied.

No. 94–5578. Duncan *v.* United States. C. A. 11th Cir. Certiorari denied.

No. 94–5588. Krall *v.* Department of the Air Force et al. C. A. 9th Cir. Certiorari denied.

No. 94–5590. Williamson *v.* United States. C. A. 11th Cir. Certiorari denied.

No. 94–5601. Portwood *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 94–5630. Skurdal *v.* Barr et al. C. A. 8th Cir. Certiorari denied.